UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAMONTE BROWN,

                Plaintiff,

   -against-

PRESIDENT/FOUNDER ALMA REALTY CORP.,

                Defendant.

1:22-CV-2648 (LTS)

CIVIL JUDGMENT

---

    Pursuant to the order issued May 16, 2022, dismissing this action for lack of subject matter jurisdiction,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject matter jurisdiction under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 25, 2022
           New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge